

THE
GLENNON
LAW FIRM P.C.
PROFESSIONAL REPRESENTATION

August 12, 2020

**VIA CMECF**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    RE:    <u>Swamijee Kakarla v. Avani Technology Solutions, Inc., et al.</u>
              <u>Index No.: 6:18-cv-6555</u>

Dear Judge Wolford:

    The parties in the above-referenced matter have agreed to adjourn the time for Plaintiff to respond to Defendants' motion for summary judgment (Docket #65) to August 20, 2020 and the time for Defendants to file a reply to September 10, 2020. Assuming that is acceptable to the Court, I have included an ordering line below. Thank you for your attention to this.

                                  Respectfully submitted,

                                  **/s/ Frank J. Fields**

                                  Frank J. Fields

cc:    John Bansbach, Esq. (via CMECF)
        Mitchell Katten, Esq. (via CMECF)

SO ORDERED:

_____
Elizabeth A. Wolford, United States District Judge
Dated: 8/14/2020